EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 16 |
| | 180 DPR ____ |
| Yadira Molina Torres | |

Número del Caso: TS 10,145

Fecha: 26 de enero de 2011

Abogado de la Parte Peticionaria:

            Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Yadira Molina Torres                    TS-10145

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 26 de enero de 2011.

Examinada la *Moción para solicitar reinstalación y dejar sin efecto baja voluntaria*, que presentó la Sra. Yadira Molina Torres, se readmite a ésta última al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo